AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

SUBJECT PARCELS AS DESCRIBED IN ATTACHMENT A TO AFFIDAVIT OF PI CLINTON BARRY DATED OCTOBER 2, 2026

Case No. 6:26cr885

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A which is attached hereto to the affidavit for a search warrant and incorporated herein by reference.

located in the ________________ District of South Carolina, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B which is attached hereto to the affidavit for a search warrant and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21 USC 841 | Distribution of controlled substances |
| Title 21 USC 846 | Conspriacy |

The application is based on these facts:

See Affidavit attached hereto for a search warrant and incorporated herein by reference.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: ____________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

CLINTON BARRY, US POSTAL INSPECTOR
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/2/2026

[signature]
*Judge's signature*

City and state: Greenville, South Carolina

William S Brown, US Magistrate Judge
*Printed name and title*